**Deny and Opinion Filed July 14, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-16-00775-CV

### IN RE BRYAN MORENO, Relator

---

**From the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-52512-2012**

---

## MEMORANDUM OPINION
Justice Francis, Justice Evans, and Justice Stoddart
Opinion by Justice Francis

Before the Court is relator's First Amended Petition for Writ of Habeas Corpus. The Court, having examined and fully considered the first amended petition for writ of habeas corpus and the record, is of the opinion that relator has not shown himself entitled to the relief sought. Accordingly, the first amended petition for writ of habeas corpus is **DENIED** without prejudice. TEX. R. APP. P. 52.7(a)(2); 52.8(a).

/Molly Francis/
MOLLY FRANCIS
JUSTICE

160775F.P05